[No. 5350–1–II.  Division Two.  June 7, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN
MICHAEL HOPKINS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 57751, Thomas R. Sauriol, J., entered January
15, 1981. *Affirmed* and *remanded* by unpublished opinion
per Petrie, J., concurred in by Petrich, C.J., Reed, J., con-
curring specially.

[No. 5036–0–III.  Division Three.  June 7, 1983.]

BEVERLY BUNDY, *Appellant,* v. RICHARD
SIMPSON, *Respondent.*

Appeal from a judgment of the Superior Court for Lin-
coln County, No. 14627, Willard A. Zellmer, J., entered
January 26, 1982. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Roe, C.J., and Green, J.

[No. 4738–5–III.  Division Three.  June 7, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID
H. SOLIZ, *Appellant.*

Appeal from a judgment of the Superior Court for Grant
County, No. 4819, Clinton J. Merritt, J., entered June 26,
1981. *Affirmed* by unpublished opinion per McInturff, J.,
concurred in by Roe, C.J., and Green, J.

[No. 4737–7–III.  Division Three.  June 7, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID
H. SOLIZ, *Appellant.*

Appeal from a judgment of the Superior Court for Grant
County, No. 4773, Clinton J. Merritt, J., entered June 26,
1981. *Affirmed* by unpublished opinion per McInturff, J.,
concurred in by Roe, C.J., and Green, J.